# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3155

_____

| | | |
|---|---|---|
| Janis Schmidt, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Larry Bodin, BIA Supt; Freida Brewer | * | |
| Marshall, BIA; Robert Ecoffey, BIA; | * | Appeal from the United States |
| Bureau of Indian Affairs; Gerald Big | * | District Court for the |
| Crow; Lisa F. Cook; Connie Whirlwind | * | District of South Dakota. |
| Horse; Dale Vocu; Captain Milton | * | |
| Bianas; Didier Dupont; Father Peter | * | [UNPUBLISHED] |
| Klink; Oglala Sioux Tribe; OST Tribal | * | |
| Police; Red Cloud Indian School; Ann | * | |
| Apple, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 4, 2008
Filed: April 9, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Janis Schmidt challenges the district court's[1] dismissal of her pro se action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we deny all pending motions and affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota.